# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20-71913-JWC |
| BENYOUNES SERHIR; ) | |
| ) | CHAPTER 7 |
|    Debtor. ) | |
| ) | |
| ) | |
| ) | |
| S. GREGORY HAYS, ) | |
| Chapter 7 Trustee for the Estate of ) | |
| Benyounes Serhir, ) | |
| ) | |
|    Plaintiff, ) | ADVERSARY PROCEEDING |
| ) | NO. 21-05003-JWC |
| vs. ) | |
| ) | |
| PLAZA HOME MORTGAGE, ) | |
| INC., PENNYMAC LOAN ) | |
| SERVICES, LLC, and U.S. ) | |
| SECRETARY OF HOUSING AND ) | |
| URBAN DEVELOPMENT, ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Monika V. Scott, Esq., of Fidelity National Law Group, and files this Notice of Appearance as additional counsel for Plaza Home Mortgage, Inc. ("Plaza") in the above-captioned Adversary Proceeding, and requests that all

1

correspondence, pleadings, and notices served in this case, be given to and served upon:

> Monika V. Scott, Esq.
> Fidelity National Law Group
> 4170 Ashford Dunwoody Road, Suite 460
> Atlanta, Georgia 30319
> monika.scott@fnf.com
> 770-325-4835 (telephone)
> 404-479-2591 (fax)

This Notice of Appearance is being filed to add Monika V. Scott, Esq. as additional counsel of record for Plaza in this action, along with Austin E. James, Esq.

RESPECTFULLY SUBMITTED this 5th day of March, 2021.

> FIDELITY NATIONAL LAW GROUP
>
> /s/*Monika V. Scott*
> MONIKA V. SCOTT
> Georgia State Bar No. 558009
> 4170 Ashford Dunwoody Road, Suite 475
> Atlanta, GA 30319
> monika.scott@fnf.com
> 770-325-4835 (telephone)
> 404-479-2591 (fax)
> *Attorney for Plaza Home Mortgage, Inc.*

2

# **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** was on this date filed using the Court's CM/ECF Filing system and served upon the following Filing Users registered to receive filings in this case:

Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363

Elizabeth Campbell
Locke Lord LLP
3333 Piedmont Road, N.E.
Terminus 200, Suite 1200
Atlanta, Georgia 30305

Andres H. Sandoval
United States Attorney's Office
75 Ted Turner Drive S.W.
Suite 600
Atlanta, Georgia 30303

Austin E. James
Fidelity National Law Group
4170 Ashford Dunwoody Road, Suite 475
Atlanta, Georgia 30319

Respectfully submitted this 5th day of March, 2021.

/s/*Monika V. Scott*
MONIKA V. SCOTT
Georgia State Bar No. 558009