**IT IS ORDERED as set forth below:**

**Date: March 10, 2021**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-71913-JWC |
| | ) | |
| BENYOUNES SERHIR, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| S. GREGORY HAYS, Chapter 7 Trustee For the Estate of Benyounes Serhir, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ADV. PRO. No. 21-05003-JWC |
| PLAZA HOME MORTGAGE, INC., PENNYMAC LOAN SERVICES, LLC, and U.S. SECRETARY OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

1

91082276v.2

**CONSENT ORDER EXTENDING DEADLINE FOR PENNYMAC LOAN SERVICES, LLC TO RESPOND TO ADVERSARY COMPLAINT**

This Court having considered the *Consent Motion Extending Deadline for PennyMac Loan Services, LLC to Respond to Adversary Complaint* (the "Motion") filed on March 10, 2021 by Defendant PennyMac Loan Services, LLC (Docket No. 13) and having been advised that Counsel for the Chapter 7 Trustee has consented to the extension requested, it is hereby

**ORDERED** that the Motion is **GRANTED** and the deadline within which Defendant PennyMac Loan Services, LLC may answer, move, or otherwise respond to the Complaint is extended through and including May 6, 2021.

***END OF DOCUMENT***

(Signatures on Following Page)

91082276v.2

Order Prepared By:

/s/ *Elizabeth J. Campbell*
Elizabeth J. Campbell
Georgia Bar No. 349249
ecampbell@lockelord.com
Locke Lord LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
Telephone:  (404) 870-4679
Facsimile:   (404) 806-5679

*Counsel for PennyMac Loan Services, LLC*


Consented to By:

*/s/Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
michael.bargar@agg.com
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1629
Telephone:  404.873.7030
Facsimile:  404.873.7031

*Counsel for Chapter 7 Trustee*

3

91082276v.2

# Distribution List

Michael J. Bargar
S. Gregory Hays
ARNALL GOLDEN GREGORY, LLP
Suite 2100
171 17th Street. N.W.
Atlanta, GA 30363
*Attorney for Chapter 7 Trustee*

Elizabeth J. Campbell
Georgia Bar No. 349249
Locke Lord LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
*Attorney for PennyMac Loan Services, LLC*

Monika V. Scott
FIDELITY NATIONAL LAW GROUP
4170 Ashford Dunwoody Road, Suite 475
Atlanta, GA 30319
*Attorney for Plaza Home Mortgage, Inc.*

91082276v.2